**Gary WARREN, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,**
**Respondent.**

No. 03–3135.

United States Court of Appeals,
Federal Circuit.

DECIDED: Aug. 28, 2003.

## ORDER

PROST, Circuit Judge.

The United States Postal Service moves for remand so that the Merit Systems Protection Board can consider the parties' arguments concerning jurisdiction. USPS states that Gary Warren consents.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. This case is remanded to the Merit Systems Protection Board so that the Board may consider the parties' arguments.

**INTEL CORPORATION,**
**Plaintiff–Appellant,**

v.

**BROADCOM CORPORATION,**
**Defendant–Appellee.**

No. 03–1308.

United States Court of Appeals,
Federal Circuit.

DECIDED: Aug. 28, 2003.

## ORDER

MAYER, Chief Judge.

Upon consideration of the parties' joint motion to dismiss this appeal, due to settlement,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.